UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

AUG 26 2025 11:38 A

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO - COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-cr-140 |
| Plaintiff, | JUDGE Watson |
| vs. | INDICTMENT |
| CLARENCE ALLEN RASH, | 18 U.S.C. § 922(g)(1) |
| Defendant. | 18 U.S.C. § 924(a)(8) |
| | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 841(b)(1)(C) |
| | FORFEITURE ALLEGATIONS |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**(Possession with Intent to Distribute Fentanyl and Cocaine)**

1. On or about May 16, 2025, in the Southern District of Ohio, the defendant, **CLARENCE ALLEN RASH,** did knowingly, intentionally and unlawfully possess with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly referred to as fentanyl, and a mixture or substance containing a detectable amount of cocaine, both Schedule II controlled substances.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

### COUNT TWO
**(Felon in Possession of a Firearm)**

2. On or about May 16, 2025, in the Southern District of Ohio, the defendant, **CLARENCE ALLEN RASH,** knowing at that time that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in or

affecting interstate commerce, a firearm, specifically, a Smith & Wesson, model SD40VE, .40 caliber pistol, bearing serial number FCD4903, and ammunition.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## FORFEITURE ALLEGATION A

3. The allegations of Count One of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of 21 U.S.C. § 853(a)(1) and (2).

4. Upon conviction of the offense set forth in Count One of this Indictment, the defendant, **CLARENCE ALLEN RASH**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, including but not limited to a Smith & Wesson, model SD40VE, .40 caliber pistol, bearing serial number FCD4903, and ammunition seized on May 16, 2025.

**Forfeiture notice in accordance with 21 U.S.C. § 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

## FORFEITURE ALLEGATION B

5. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

6. Upon conviction of any of the offenses set forth in this Indictment, the defendant, **CLARENCE ALLEN RASH**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation(s) including, but not limited to, a Smith & Wesson, model SD40VE, .40 caliber pistol, bearing serial number FCD4903, and ammunition seized on May 16, 2025.

**Forfeiture notice in accordance with 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.

s/ Foreperson
**FOREPERSON**

**DOMINICK S. GERACE, II**
**United States Attorney**

**KEVIN W. KELLEY**
**Assistant U.S. Attorney**

3